870

## Miller *v.* Lentz, Appellant.

Argued March 16, 1971. *Daniel H. Shertzer,* for appellant; *James P. Coho,* for appellee.

Order affirmed.

HOFFMAN, J., absent.

## Murphy Unemployment Compensation Case.

Argued March 8, 1971. *Wallace B. Eldridge, III,* with him *Richard W. Cleckner,* and *Cleckner & Fearen,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *J. Shane Creamer,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Nunez, Appellant, *v.* Nunez, Appellant.

Argued March 15, 1971. *William F. Sullivan, Jr.,* with him *Obermayer, Rebmann, Maxwell & Hippel,* for defendant, appellant; *Franklin J. Seyfert,* with him *D. Michael Emuryan* and *Seyfert & Emuryan,* for plaintiff, appellant.

OPINION PER CURIAM: In the appeal at No. 1349, October Term, 1970, the order is affirmed.

In the appeal at No. 1356, October Term, 1970, the order is affirmed.